UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------X

UNITED STATES OF AMERICA

- against -

KEITH RANIERE, aka "The Vanguard,"

　　　　　　　　　Defendant.

---------------------------X

UNSEALING ORDER

Docket No. 18-M-132

　　　　Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Moira Kim Penza, for an order unsealing the complaint and arrest warrant in the above-captioned matter.

　　　　WHEREFORE, it is ordered that the complaint and arrest warrant in the above-captioned matter be unsealed.

Dated:　　Brooklyn, New York
　　　　　March 26, 2018

　　　　　　　　　　　　　　　　　　S/ Steven Gold
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON．
　　　　　　　　　　　　　　　　　　UNITED STATES MAG. JUDGE
　　　　　　　　　　　　　　　　　　EASTERN DISTRICT OF NEW YORK