UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                                                           18-MJ-132 (LB)

KEITH RANIERE,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

        PLEASE TAKE NOTICE that Assistant United States Attorney Tanya Hajjar from this point forward will be added as counsel in the above-captioned matter.

        All future correspondence to the United States in the above-captioned matter should be sent to:

        Assistant U.S. Attorney Tanya Hajjar
        United States Attorney's Office (Criminal Division)
        271 Cadman Plaza East, 4th Floor
        Brooklyn, New York 11201
        Tel:  (718) 254-6109
        Fax: (718) 254-6478
        Email: tanya.hajjar@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Tanya Hajjar at the email address set forth above.

Dated:  Brooklyn, New York
        March 26, 2018

                                          Respectfully submitted,

                                          RICHARD P. DONOGHUE
                                          United States Attorney

                                By:    /s/ Tanya Hajjar
                                          Tanya Hajjar
                                          Assistant U.S. Attorney

cc:     Clerk of the Court (LB)