```
 1                      UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF NEW YORK
 2

 3   ------------------------------------X
                                         :
 4   UNITED STATES OF AMERICA,           :
                                         :   18-MJ-00132 (LB)
 5                                       :
                   v.                    :
 6                                       :   225 Cadman Plaza East
     KEITH RANIERE,                      :   Brooklyn, New York
 7                                       :
                        Defendant.       :   April 13, 2018
 8   ------------------------------------X

 9            TRANSCRIPT OF CRIMINAL CAUSE FOR ARRAIGNMENT
10                BEFORE THE HONORABLE STEVEN TISCIONE
                     UNITED STATES MAGISTRATE JUDGE
11
     APPEARANCES:
12

13   For the Government:        MOIRA PENZA, ESQ.
                                United States Attorneys Office
14                              Eastern District of New York
                                271 Cadman Plaza East
15                              Brooklyn, New York 11201

16   For the Defendant:         MARC AGNIFILO, ESQ.
                                PAUL DEROHANNESIAN, ESQ.
17                              JACOB KAPLAN, ESQ.
                                Brafman & Associates
18                              767 Third Avenue
                                New York, New York 10017
19

20   Court Transcriber:         SHARI RIEMER, CET-805
                                TypeWrite Word Processing Service
21                              211 N. Milton Road
                                Saratoga Springs, New York 12866
22

23

24

25


     Proceedings recorded by electronic sound recording, transcript
     produced by transcription service.
```

```
                                                                        2
 1   (Proceedings began at 2:22 p.m.)
 2              THE CLERK:  Criminal Cause for Arraignment, 18-M-
 3   132, United States v. Keith Raniere.
 4              Counsel, state your appearances, please.
 5              MS. PENZA:  Moira Kim Penza and Tanya Hajjar for the
 6   United States.  Good afternoon, Your Honor.
 7              THE COURT:  Good afternoon.
 8              MS. PENZA:  With us at counsel table is Special
 9   Agent Michael Winniger [Ph.], Special Agent Michael Lever
10   [Ph.] and New York State Trooper Charles Fontinelli [Ph.].
11              THE COURT:  Good afternoon.
12              MR. AGNIFILO:  Good afternoon, Your Honor.  I'm Marc
13   Agnifilo.  I represent Keith Raniere.  With me is Paul
14   DerOhannesian and Jacob Kaplan.  We all represent the
15   defendant, Mr. Raniere.  Good afternoon, Your Honor.
16              THE COURT:  Good afternoon.  Good afternoon, Mr.
17   Raniere.
18              THE DEFENDANT:  Good afternoon.
19              THE COURT:  The purpose of this proceeding is to
20   make sure you understand the charges that have been brought
21   against you, to advise you of certain rights have you have and
22   to address the question of whether you can be released on
23   bail.
24              First, you have the right to an attorney to
25   represent you in this case.  If you cannot afford an attorney
```

```
                                                                 3
 1   the Court will provide one at no cost to you.
 2              You're retained I assume, Counsel.
 3              MR. AGNIFILO:  Yes, Your Honor.
 4              THE COURT:  If that changes at any point you can
 5   make an application to the Court for a court appointed
 6   attorney.
 7              You have the right to remain silent.  You're not
 8   required to make any statements.  If you have made any
 9   statements you need not say any more.  If you do decide to
10   make a statement you can stop at any time but any statements
11   you do make aside from statements you make to your attorney
12   can be used against you.  Do you understand that, Mr. Raniere?
13              THE DEFENDANT:  Yes, Your Honor.
14              THE COURT:  Okay.  Have you seen a copy of the
15   complaint that has been filed against you in this case?
16              THE DEFENDANT:  Yes, Your Honor.
17              THE COURT:  Counsel, have you reviewed the complaint
18   with your client and does he understand the charges that are
19   contained therein?
20              MR. AGNIFILO:  We have reviewed it and he does
21   understand.  Thank you, Your Honor.
22              THE COURT:  I've reviewed the Government's letter in
23   connection with this proceeding and request for a permanent
24   order of detention.  Counsel, do you wish to be heard on the
25   issue?
```

```
                                                                 4
 1              MR. AGNIFILO:  At this point we are not making any
 2   release application.  We reserve our right of course to make
 3   an application at a future time but at this point as Mr.
 4   Raniere has only been in the district a couple of days we are
 5   not forward with a request at this point.
 6              THE COURT:  Okay.  In light of the nature of the
 7   charges and the evidence laid out in the Government's letter
 8   the Court is going to issue a permanent order of detention but
 9   with leave to reopen if you are in a position later to make a
10   bail application.
11              MR. AGNIFILO:  Thank you.
12              THE COURT:  What's the defendant's position with
13   respect to the preliminary hearing?
14              MR. AGNIFILO:  We are not waiving anything, Your
15   Honor.
16              THE COURT:  Let's schedule the preliminary hearing.
17              THE CLERK:  April 25th at eleven a.m.
18                    [Pause in proceedings.]
19              MS. PENZA:  Your Honor --
20              THE CLERK:  April 27th at eleven a.m.
21              MR. AGNIFILO:  That's good for us, Your Honor.
22   Thank you.
23              THE COURT:  Okay.  Anything further?
24              MS. PENZA:  Not from the Government, Your Honor.
25              MR. AGNIFILO:  Thank you very much.
```

```
                                                              5
 1              THE COURT:  Thank you everyone.
 2   (Proceedings concluded at 2:25 p.m.)
 3                         * * * * *
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                                                    6
 1      I certify that the foregoing is a court transcript from
 2 an electronic sound recording of the proceedings in the above-
 3 entitled matter.
 4
 5                                  _____
 6                                       Shari Riemer, CET-805
 7 Dated:  April 30, 2018
```